UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DALE OWEN DUSTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>KVSP WARDEN,<br><br>          Defendant. | Case No. 25-cv-08944-RFL (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 1 |

Mail sent by the Court to Plaintiff Dustin was returned as undeliverable more than 60 days ago.  (Dkt. No. 9.)  Accordingly, this federal civil rights suit is DISMISSED (without prejudice) because Plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the suit and have proceedings reinstated.  Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

Dustin's motion for an order directing the Attorney General to address his accusations against the Warden of Kern Valley State Prison is DENIED.  (Dkt. No. 1.)

The Clerk shall terminate Dkt. No. 1, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  February 13, 2026

_____
     RITA F. LIN
United States District Judge